PAUL M. CRANDELL, as Trustee, etc., Appellant, *v.* SAMUEL RAPPA-
PORT, Respondent.

Supreme Court, Appellate Term, First Department, November 9, 1928.

*Henry W. Sykes*, for the appellant.

*Meyer Dvorkin*, for the respondent.

PER CURIAM. As against the rent which became due after the
bankruptcy the defendant cannot in an action by the trustee who has
assumed the lease offset the judgment obtained before the adjudi-
cation. In the case relied upon by the defendant (*Mandel* v.
*Koerner*, 90 Misc. 9) there had been no adjudication in bankruptcy
at the time the rent became due, and there was no trustee-plaintiff,
assignee by operation of law of the lessor.

Judgment modified by directing judgment for the plaintiff for
the sum of $691.67, with interest and costs, and as modified affirmed,
with costs to appellant.

Settle order on notice.

All concur; present, DELEHANTY, LYDON and CRAIN, JJ.